**Order filed, December 17, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00827-CR
_____

**FELIX JAVIER IRIZARRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1382346

## ORDER

The reporter's record in this case was due **December 08, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Vanessa Owens**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM